UNITED STATES of America, Appellee,

v.

Jose REYNOSO, Appellant.

No. 02–1567.

United States Court of Appeals,
Eighth Circuit.

Submitted July 2, 2002.

Filed July 8, 2002.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Jose Reynoso pleaded guilty to possessing cocaine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B). The district court [1] sentenced him to 70 months imprisonment and 5 years supervised release. On appeal, counsel has filed a brief and moved to withdraw under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and Reynoso has not filed a pro se supplemental brief.

Counsel argues that the district court should have granted Reynoso's motion for a downward departure under U.S.S.G. § 5K2.0 based on his willingness to consent to administrative deportation without a hearing. The district court's refusal to

[1]. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

depart is unreviewable, however, because the court acknowledged its authority to depart and declined to do so. *See United States v. Wolf,* 270 F.3d 1188, 1192 (8th Cir.2001).

After reviewing the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment.